

IN THE
TENTH COURT OF APPEALS

No. 10-14-00134-CR

MICHAEL DAVID FREDRICKSON,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the 21st District Court
Burleson County, Texas
Trial Court No. 14,371

**O R D E R**

Michael David Fredrickson was convicted of injury to a child and sentenced to 20 years in prison. TEX. PENAL CODE ANN. § 22.04 (West 2011). Fredrickson filed a motion to suppress statements and a motion to suppress evidence. After a hearing on both, the motion to suppress statements was denied in its entirety and the motion to suppress evidence was denied in part. Fredrickson requested findings of fact and conclusions of law from the trial court but none have been made a part of the record. A trial judge, upon the request of the losing party, must make findings of fact and conclusions of law

adequate to provide an appellate court a basis for reviewing the ruling's correctness. *State v. Mendoza*, 365 S.W.3d 666, 670 (Tex. Crim. App. 2012); *State v. Cullen*, 195 S.W.3d 696, 698-99 (Tex. Crim. App. 2006).

Accordingly, this appeal is abated to the trial court to make findings of fact and conclusions of law regarding Fredrickson's motion to suppress evidence and motion to suppress statements, both heard and ruled on by the trial court on February 24, 2014. The trial court's findings of fact and conclusions of law must be prepared, signed, and filed as a supplemental clerk's record with this Court within 28 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated
Order issued and filed December 11, 2014

